ALSD Local 91 (Rev. 5/18)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America )
v. )
Jessica Jones Montgomery ) Case No. 24-MJ-156-B
)
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 8, 2024__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1958 (a) | Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire |
| 18 USC 1958 | Conspiracy to Commit Murder-for-Hire |
| 18 USC 922(d)(1) | Providing Ammunition to a Prohibited Person |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Michael Burton, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: November 5, 2024

_____
*Judge's signature*

City and state: Mobile, Alabama      Hon. P. Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*